**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**ODELL HORTON FEDERAL BUILDING**
**and UNITED STATES COURTHOUSE**
**167 N. MAIN STREET, ROOM 262**
**MEMPHIS, TENNESSEE 38103**

WENDY OLIVER,                                                    JASON KADZBAN
CLERK OF COURT                                                  CHIEF DEPUTY, MEMPHIS

October 10, 2024

Clerk, U. S. District Court
Eastern District of Texas

RE:    USA v. **JEROME THEODORE POWELL**
       Your Case #    **4:24-cr-00210**
       Our Case # **2:24-mj-112-1 cgc**

Dear Clerk:

        Please be advised that the above referenced defendant was arrested in the Western District of Tennessee (Memphis) on a warrant issued by the Eastern District of Texas and appeared before United States Magistrate Judge Charmiane G. Claxton on October 9, 2024.

[   ]    The defendant has been detained and remanded to the custody of the United States Marshal for transport.

[ **X** ]    The defendant has been released on a ROR bond and ordered to appear in your district on the following date: 10/29/2024 at 9:30 AM before Magistrate Judge Durrett.

All documents completed in this district may be accessed via PACER  and at our website at: https://ecf.tnwd.uscourts.gov.

                                                Thank you,

                                                WENDY OLIVER, CLERK

                                                BY:    s/ Chris Sowell
                                                       Chris Sowell, Case Manager
                                                       (901) 495-1218