☑ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | Acquisition or Abandonment of Secured Property |
|---|---|---|---|

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

Jerome Theodore Powell Jr
3724 Goodman Rd w Unit 796
Horn Lake, mississippi

Form **1099-A**
(Rev. January 2022)

For calendar year
20 ___

**Acquisition or Abandonment of Secured Property**

| LENDER'S TIN | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding $70,000.00 | **Copy B For Borrower** |
|---|---|---|---|---|

BORROWER'S TIN: Unknown

| BORROWER'S name | 3 | 4 Fair market value of property $70,000.00 |
|---|---|---|

BORROWER'S name: Charmique G Claxton

Street address (including apt. no.)
161 N. Main St Rm 262

**5** If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . . ▶ ☐

City or town, state or province, country, and ZIP or foreign postal code
Memphis, TN 38103

**6** Description of property
Indictment 2:2024mj00112
27CFR 72.11, H JR 192, Pub Law 73.10
Please adjust my account to zero

Account number (see instructions)

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

Form **1099-A** (Rev. 1-2022)    (keep for your records)    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service



Jerome T Powell Estate

Special Trust Deposit

BY:

MEMPHIS TN 380
24 JAN 2025 PM 2 L

**RECEIVED**

JAN 27 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN. Memphis

Charmiane G Claxton
167 N Main st Rm 262
Memphis , TN 38103

38103-181699