PS 41
(7/93)

# UNITED STATES PRETRIAL SERVICES OFFICE

## PASSPORT RECEIPT

NAME  Jerome Powell Jr

DATE REC'D  10/11/2024

PASSPORT NUMBER  566770660

COUNTRY OF ORIGIN  United States

EXPIRATION DATE  08/04/2030

DEFENDANT'S SIGNATURE  *[signature]*    OFFICER'S SIGNATURE _____

DATE RETURNED  08/01/2025

PURPOSE RETURNED  Court Order/Eastern District of Texas

REC'D BY  Jerome Powell Jr

REC'D FROM  Simone Washington

ADDRESS (if mailed)  Returned in Person